**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 76.26.154.213**

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Arlington, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/22/2017 21:05:42 | CABA5F1C12C9187992F68C25828D100D8761A276 | Russian Girls Are Perfection |
| 11/22/2017 20:28:52 | 3B38DACB9530C6AEC7D8364900B0052BAC28678D | Would You Fuck My Girlfriend |
| 11/07/2017 01:00:12 | 342CA52929F0C08047D8D0239687F69E319626A5 | Hot Euro Brunettes |
| 10/14/2017 13:57:29 | 2C787A99542D55629EF2828F39C05E6E67A7824A | Virtual Girlfriend |
| 10/10/2017 16:20:32 | 2AF9406C38FA0C6AEC0B092D567ED42FB4BB913B | LOLA |
| 09/23/2017 01:23:09 | CABE273D8FF8D9EBF43B0BF12B8877F965682F8A | I Cook Naked |
| 09/22/2017 21:58:10 | 9D23691FA068B793B7E1648228D2C33EE401C535 | Piano Concerto |
| 09/07/2017 15:34:20 | 275FDF6B11A2E9BB6311ED7CE2CD69EF7536AE24 | Hippie Chicks |
| 09/07/2017 10:26:36 | 7B75F1D13DEA537ABF60DA52AABD5912921142AD | XXX Threeway Games |
| 09/07/2017 05:40:21 | A3B928654175321DB4BE318EFBE0D7B4EB5ADF55 | Born To Be Wild |
| 09/07/2017 05:31:45 | 02C86CB51F68272CAEEC64317C144AA56D93A093 | Pure Gold |
| 08/21/2017 15:39:48 | 02548598760D2AFE1AB1CE50BB7F31F2DD4C6274 | Sultry Hot Summer |
| 08/05/2017 14:58:06 | 453340FAF070AF684325FB7AA9C410B4C4F91EFE | Perfect Pussycat |
| 08/05/2017 14:55:36 | 063B7CC16F0CF6BF701E6F91B75FA7F57EECA037 | Definitely Not So Shy |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

EVA372