# AMENDED AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Case Number: **1:18-cv-00060-CMH-MSN**
Date Filed:

Plaintiff:
**Malibu Media, LLC**
vs
Defendant:
**Ziyi Fu**

Received on 04/25/2018 to be served on Ziyi Fu, 1900 S Eads Street, Apt. 1204, Arlington, VA 22202.

Hannah Creekmore, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action.

On 05/16/2018 at 9:30 PM, deponent served the within **SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT-ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT; EXHIBITS** on Ziyi Fu at 1900 S Eads Street, Apt. 1204, Arlington, VA 22202 in the manner indicated below:

**POSTED** in accordance with Virginia Code 8.01-296 by attaching a true copy of the **SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT-ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT; EXHIBITS** with the date and hour of service endorsed thereon by me, on the front door or at such other door as appears to be the main entrance of such place of abode of the within named person's **RESIDENCE** at the address of: **1900 S Eads Street, Apt. 1204, Arlington, VA 22202**. Personal service was attempted before service by posting was made.

**Comments:**
I mailed a true copy of the above documents to the subject at the above address on 5/17/18.

Subscribed and Sworn to before me on 07/11/2018.

Steven P. Harris
My Commission Expires: 10/31/2019
Registration Number 106384
Commonwealth of Virginia, County of Fairfax

x _Hannah Creekmore_
**Hannah Creekmore**
Job #: 1803173
Client File # EVA372

ALIASS, 10387 Main Street, Suite 202, Fairfax, VA 22030 (703) 383-3007